**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Ex parte Lucas Vieira

Appellate case number:     01-21-00464-CR

Trial court case number:    1736891

Trial court:                   232nd District Court of Harris County

Appellant, through counsel, has filed a notice of appeal from the trial court's order denying his application for writ of habeas corpus. The complete appellate record has been filed with this Court. After a review of the appellate record, the Court determines that it desires briefing. *See* TEX. R. APP. P. 31.1.

Accordingly, appellant is ordered to file a brief within **twenty days** of the date of this order. *See* TEX. R. APP. P. 2, 31.1. The State's brief, if any, is due to be filed no later than **twenty days** from the filing of appellant's brief.

It is so **ORDERED**.


Judge's signature: _____/s/ Amparo Guerra_____
                  ☑ Acting individually     ☐ Acting for the Court

Date: ____January 11, 2022____